# Law Offices of Scott E. Leemon, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**212-696-9111-Office**
**917-238-0880-Mobile**
scott@leemonlaw.com--Email
www.leemonlaw.com

October 30, 2025

**Via Email & ECF**
Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  United States v Nicholas Minucci, 25 CR 314 (RER)

Dear Judge Merkl:

I write in advance of the hearing scheduled at 11:00 a.m. to address the Government's motion for pretrial detention of Mr. Minucci.

It is important to initially highlight that "***Pretrial Services respectfully recommends the defendant be released on a substantial collateral bond, cosigned by financially responsible sureties",*** with special conditions.[1]

    I.    Proposed Bail Package

Mr. Minucci proposes that he be released on a $3 million bond[2] secured by property and the signatures of the following family and friends:

---

[1] See Pretrial Services report dated October 23, 2025, approved by a supervisor.
[2] These are the same conditions imposed on Earnest Aiello.

1

| NAME | ADDRESS | PROPERTY LOCATION VALUE MORTGAGE | RELATIONSHIP |
|---|---|---|---|
| P■■ C■■ | Boynton Beach, FL | Howard Beach, NY ■■ | Family Friend |
| P■■ C■■ | Boynton Beach, FL | Boynton Beach Fl ■■ | Family Friend |
| P■■ C■■ | Boynton Beach, FL | Riverdale, NJ ■■ | Family Friend |
| S■■ W■■ | Baldwin, NY | Baldwin, NY ■■ | Friend |
| D■■ G■■ | Farmingdale, NY | N/A | Friend |
| V■■ T■■ | Franklin Square, NY | N/A | Friend |

In addition, his wife Victoria would sign the bond for $3,000,000.

It is also proposed that the following special conditions be imposed:

1. Surrender passport(s) and travel documents, and do not re-apply for any travel documents.
2. Travel restricted to New York City and Long Island.
3. Curfew from 8pm to 7am[3]
4. Random Home/Employment Visits
5. No contact with victims, witness or co-defendants, unless in the presence of counsel.
6. No contact with known members of organized crime.

---

[3] This is the only deviation from the recommended conditions from pretrial. They recommended home incarceration. As of the writing of this letter, this is the harshest condition of release imposed on any co-defendant who has had a bail hearing.

2

    7. Not to possess a firearm or destructive device.

    II.    Other Defendant's Charged in the Indictment Have Been Released <u>Despite the Government's Motion for Detention</u>

Despite the Government seeking detention, the court has released the following co-defendants on the following bonds:

| Earnest Aiello | $3 million | Curfew |
|---|---|---|
| Louis Apicella | $100,000 | |
| Matthew Daddino | $3 million | |
| Lee Fama | $500,000 | |
| Joseph Lanni | $500,000 | |
| Julius Zilliani | $500,000 | |
| Robert Stroud[4] | $100,000 | Home Incarceration |

In addition, the government consented to the release of the following defendants who are charged with either Hobbs Act Extortion Conspiracy (Counts 5 and 7) or a Hobbs Act Robbery Conspiracy (Count 6[5]).

| Saul Becher | $250,000 | Count 7 |
|---|---|---|
| Osman Hoti | $200,000 | Count 6 |
| John Mazzola[6] | $25,000 (10 percent) | Count 6 |
| Seth Trustman | $250,000 | Count 7 |

Mr. Hoti and Mazzola are charged in the same Hobbs Act Robbery Conspiracy as Mr. Minucci.

    III.    The Conditions Proposed Will Address the Safety of the Community <u>and Mr. Minucci's Appearance at All Court Appearance</u>

In this case, the substantial bond being proposed will alleviate any concern about the safety of the community and any potential risk of flight. The "moral suasion" in the proposed package is significant.

One proposed suretor, who knows Nicholas since birth, has been friends with Mr. Minucci's family for over 35 years. She has recently retired and moved to Florida

---

[4] **This bail was set in the Western District of Kentucky. See Case 3:25-mj-663 (RSE).**
[5] **Mr. Minucci is charged in count 6.**
[6] **This bail was set in the Middle District of Georgia. See DE #24, Case 5:25-mj-00075-CHE.**

and her daughter is now living in the original family home in Howard Beach. She is willing to post three pieces of property, with a combined estimated value of over $2.7 million, that are owned mortgage free in support of Mr. Minucci bid for bail. Her family home in Howard Beach, retirement home in Florida and her rental apartment in Riverdale, NJ are real and significant assets and exemplifies the suretor's complete trust in Mr. Minucci. Mr. Minucci would not do anything to leave his lifelong friend without these properties that they worked so hard to acquire.

A second suretor, a friend on Nicholas' for 5 years, is willing to post her home in Baldwin, NY as collateral for bail.  Leaving this friend homeless and penniless is more "moral suasion" for Mr. Minucci to follow all conditions of bail.

Finally, 2 other friends, who do not have property to post, are willing to sign and additional guarantors of Nicholas' compliance with all conditions of release. The substantial bond they are agreeing to clearly amplifies the trust all these people have in Nicholas.

    IV.    <u>Mr. Minucci Has Medical Issues</u>

Mr. Minucci has two major medical issues that the MDC is ill-equipped to address. First, Mr. Minucci has surgery on his shoulder and bicep approximately 2 weeks ago. He needs to follow up with his surgeon and immediately continue with his physical therapy to avoid re-injury.[7]

Second, he suffers from an auto-immune disorder called sarcoidosis. This needs to be continuously monitored and when flare ups appear, addressed. He is not on any maintenance drug for this disorder.

MDC's history of lack of proper medical care is a factor the court should consider.

---

[7] **I am attaching a letter from Dr. Robert Trasolini dated October 27, 2025.**

4

V.  Conclusion

The court should release Mr. Minucci on a $3 million bond, secured by Property with the special conditions detailed above.

Very truly yours,

/s/
Scott Leemon

cc: AUSA Irisa Chen (via email) (unredacted)
    Bianca Charde Carter, EDNY Pre-trial (via email) (unredacted)