# Law Offices of Scott E. Leemon, P.C.

**41 Madison Avenue, 31st Floor**
**New York, New York 10010**
**212-696-9111-Office**
**917-238-0880-Mobile**
scott@leemonlaw.com--Email
www.leemonlaw.com

November 4, 2025

**Via Email & ECF**
Honorable Cheryl Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v Nicholas Minucci, 25 CR 314 (RER)

Dear Judge Pollak:

    Pursuant to the court's instructions, I am writing to advise that I have verified that Ms. Washington, one of the suretors that signed Mr. Minucci's bond is aware of the condition prohibiting contact with members and associates of organized crime. She informed me that conditions was on the bond she signed this morning in Central Islip.

    Thank you.

                                    Very truly yours,

                                       /s/
                                   Scott Leemon

cc: AUSA Michael Gibaldi (via ECF)

> Counsel has complied with the Court's Order. So Ordered
>
> *Cheryl Pollak*
>
> USMJ 11/4/25

1