**LAW OFFICES OF SCOTT E. LEEMON, P.C.**
*41 Madison Avenue, 31st Floor*
*New York, New York 10010*
*212-696-9111-Office*
*917-238-0880-Mobile*
scott@leemonlaw.com
www.leemonlaw.com

==================================================

September 24, 2026

**Via ECF**
The Honorable Clay H. Kaminsky
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v Nicholas Minucci, 25 CR 314 (RER)(CHK)

Dear Judge Kaminsky:

I am counsel for Mr. Minucci who was released by Judge Pollak on $3.5 secured bond, with home incarceration. On January 14, 2026, the home incarceration condition was modified to home detention with permission to work and assist with verified childcare related events. Then, on April 28, 2026, the court further modified the conditions of release to a curfew.

I am writing to respectfully request that his bail conditions be modified to permit him to go, with his wife and children to Boca Raton, Florida[1] from on or about October 20 through on or about October 27, 2026 and removing the curfew for those days.

AUSA Michael Gibaldi informs me that he takes no position on this request and Senior Pretrial Services Officer Mallori Brady informs me that office policy prohibits her from consenting to the request as Mr. Minucci is on electronic

---

[1] Pretrial and the Government have been provided the specific name and location of the hotel.

monitoring but advises me to let the court know that he has been compliant with all the conditions of release.

I thank you in advance for your consideration of this request.

Very truly yours,

/s/ *Scott Leemon*
Scott Leemon

cc: AUSA Michael Gibaldi (via ECF)
Mallori Brady, USPTS